IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-01212-CMA-NYW

SHARON BRANNAN,

      Plaintiff,

v.

VALERO STORE,
VALERO CLAIMS MANAGEMENT, INC.,
CANNON COCHRAN MANAGEMENT SERVICES, INC., and
ENTERPRISE CLAIMS MANAGEMENT, INC.,

      Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

---

This matter is before the Court on Defendants' Stipulated Motion to Stay Proceedings Pending Arbitration. (Doc. # 44.)   The Court, having reviewed the motion and being otherwise fully advised in the premises, hereby

ORDERS that the Stipulated Motion to Stay Proceedings Pending Arbitration (Doc. # 44) is GRANTED and the parties are hereby ORDERED to promptly arbitrate the dispute.  It is

FURTHER ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2.  It is

FURTHER ORDERED that within 14 days of the conclusion of the arbitration, the parties shall file a joint status report to inform the Court of the outcome and how they wish to proceed in this case.

DATED: March ____6____, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge